UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANTHONY BERNARD CHANDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-02442-JMS-TAB |
| | ) | |
| RADIAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFF'S RENEWED MOTION FOR ASSISTANCE
WITH RECRUITING COUNSEL**

Before the Court is Plaintiff's second motion for assistance with recruiting counsel. [Filing No. 24.] The Court denied Plaintiff's first motion without prejudice. [Filing No. 9.] In its earlier order, the Court noted that this appears to be a relatively straightforward employment discrimination case. The Court also pointed out that Plaintiff is well educated and previously represented himself in connection with a post-conviction relief petition. Finally, the Court emphasized that Plaintiff had only contacted five attorneys about representing him at the time of his first motion, and it appeared he had only actually consulted with one of those five attorneys. Thus, the Court explained that Plaintiff needed to demonstrate greater efforts toward securing counsel on his own before renewing his request for Court assistance with recruitment of counsel, and encouraged Plaintiff to contact attorneys who handle employment discrimination claims. [Filing No. 9, at ECF p. 1.]

A review of Plaintiff's renewed motion indicates that nothing pushes the needle in Plaintiff's favor. Plaintiff's latest motion does not indicate any change in Plaintiff's circumstances, the number of attorneys Plaintiff conferred with following the initial denial, or

whether those attorneys are employment law attorneys.  Rather, Plaintiff vaguely states, "I have previously sought the assistance of law firms, but rarely received any call back.  This status remains the same."  [Filing No. 24, at ECF p.2.].  This does not demonstrate any greater effort by Plaintiff to secure counsel on his own.  The Court continues to encourage Plaintiff to contact attorneys who handle employment discrimination claims.  As indicated on the "INSD *Pro Se* Motion for Assistance with Recruiting Counsel 4/19" form that Plaintiff used to file his motion, with any future renewed request for Court assistance in recruiting counsel, Plaintiff should specifically list which attorneys he has attempted to contact and their responses to his requests.  Accordingly, Plaintiff's motion is once again denied without prejudice.

Date: 6/7/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

ANTHONY BERNARD CHANDLER
4131 Eagle Cove W. Dr.
Indianapolis, IN 46254