UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY BERNARD CHANDLER,<br><br>Plaintiff,<br><br>v.<br><br>RADIAL, INC.,<br><br>Defendant. | Case No. 1:22-cv-2442-JMS-TAB |

### ORDER DISMISSING LAWSUIT WITH PREJUDICE

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice and being duly advised, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE, the parties to bear their own costs, including attorneys' fees [45].

Date: 2/28/2024

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

All counsel via electronic service

Anthony Bernard Chandler
4131 Eagle Cove W. Drive
Indianapolis, IN  46254